Brandy T. Cody (SBN 196923)
  E-Mail: bcody@fisherphillips.com
James C. Fessenden (SBN 238663)
  E-Mail: jfessenden@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
  E-Mail: asloustcher@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorneys for Defendant
The Brigantine, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL PATAKY, JESSICA CLEEK, and LAUREN MICHELSON, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGANTINE, INC., a California corporation,<br><br>Defendant. | Case No: 3:17-cv-352 GPC (AGS)<br>*[Assigned to the Honorable Gonzalo P. Curiel; Magistrate Judge Andrew G. Schopler]*<br><br>**DEFENDANT THE BRIGANTINE, INC.'S NOTICE OF INTENT TO OPPOSE, IN PART, AND STATEMENT OF NON-OPPOSITION, IN PART, TO PLAINTIFFS'** ***EX PARTE*** **MOTION**<br><br>Complaint Filed: February 22, 2017<br>Trial Date: None Set |

Defendant The Brigantine, Inc. ("Defendant") files this Notice of Intent to Oppose, In Part, and Statement of Non-Opposition, In Part, to Plaintiffs' September 26, 2017 *Ex Parte* Motion for Approval of: (1) Filing of Certain FLSA Joinder Notices, and (2) Mailing of FLSA Joinder Notices to Newly Discovered Potential Class Members. Defendant intends to only oppose Plaintiff's request to file four (4) untimely Consent to Join forms. Defendant will file its Opposition on or before Friday, September 29, 2017.

/ / /

/ / /

1

1 |      Defendant does not oppose Plaintiffs' request to mail notices to the newly
2 | identified potential class members.

3 | Dated: September 26, 2017          Respectfully submitted,

**FISHER & PHILLIPS LLP**

By:  */s/ Adam F. Sloustcher*
Brandy T. Cody
James C. Fessenden
Adam F. Sloustcher
Attorneys for Defendant
The Brigantine, Inc.

2

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121.

On September 26, 2017 I served the foregoing document entitled **DEFENDANT THE BRIGANTINE, INC.'S NOTICE OF INTENT TO OPPOSE, IN PART, AND STATEMENT OF NON-OPPOSITION, IN PART, TO PLAINTIFFS'** *EX PARTE* **MOTION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Timothy G. Williams (SBN 193810)<br>Stephanie Reynolds (SBN 220090)<br>POPE, BERGER, WILLIAMS & REYNOLDS, LLP<br>401 "B" Street, Suite 2000<br>San Diego, California 92101 | Telephone: (619)595-1366<br>Facsimile: (619)236-9677<br>E-Mail: williams@popeberger.com;<br>reynolds@popeberger.com<br>Attorneys for Plaintiffs |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed September 26, 2017 at San Diego, California.

Susan E. Valle                          By: /s/ Susan E. Valle
_____                      _____
Print Name                                      Signature

---

1
CERTIFICATE OF SERVICE

FPDOCS 33283036.1