Brandy T. Cody (SBN 196923)
    E-Mail: bcody@fisherphillips.com
James C. Fessenden (SBN 238663)
    E-Mail: jfessenden@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
    E-Mail: asloustcher@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California  92121
Telephone:  (858)597-9600
Facsimile:  (858)597-9601

Attorneys for Defendant
The Brigantine, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL PATAKY, JESSICA CLEEK, and LAUREN MICHELSON, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGANTINE, INC., a California corporation,<br><br>Defendant. | Case No:  3:17-cv-352 GPC (AGS)<br>*[Assigned to the Honorable Gonzalo P. Curiel; Magistrate Judge Andrew G. Schopler]*<br><br>**DEFENDANT THE BRIGANTINE, INC.'S OPPOSITION, IN PART, AND STATEMENT OF NON-OPPOSITION, IN PART, TO PLAINTIFFS'** ***EX PARTE*** **MOTION**<br><br>Complaint Filed:  February 22, 2017<br>Trial Date:      None Set |

**I.     INTRODUCTION AND SUMMARY OF RELEVANT FACTS**

On May 17, 2017, this Court ordered all Consent to Join forms executed by FLSA putative class members to be filed, or postmarked by mail to Plaintiffs' counsel to be filed, no later than July 31, 2017.  (Dkt. No. 27; Opposition, p. 2:10-20.)  Here, Plaintiffs seek to file four Consent to Join forms, all of which are postmarked *after* the July 31, 2017 deadline.  *See*, Opposition, pp. 2-3.  This request should be denied for one simple reason:  the FLSA Consent to Joint forms are *untimely* pursuant to the Court's May 17, 2017 Order.

/ / /

## II. PLAINTIFFS' UNTIMELY REQUEST TO ADD FOUR FLSA PUTATIVE CLASS MEMBERS TO THIS ACTION SHOULD BE DENIED

It is certainly true that district courts have acknowledged that late opt-in forms may be nonetheless accepted *when the appropriate conditions are met*. In determining whether late opt-in consent to join forms should be deemed timely in an FLSA action, courts have considered the following factors: (1) whether "good cause" exists for the untimeliness; (2) prejudice to the defendant; (3) how late the consent forms were filed; (4) judicial economy; and (5) the remedial purposes of the FLSA. *Helton v. Factor 5, Inc.*, No. C 10-04927 SBA, 2014 WL 1725734, at *3 (N.D. Cal. Apr. 29, 2014) (citing *Ruggles v. Wellpoint, Inc.*, 687 F.Supp.2d 30, 37 (N.D.N.Y. 2009)).

Here, Plaintiffs' *Ex Parte* Motion does not address, much less satisfy, these factors. Plaintiffs merely recite the content of the Court's May 17, 2017 Order, explain that Plaintiffs' counsel received four untimely Consent to Join forms, and then make the "[r]equest [t]o [f]ile [the four] '[l]ate' FLSA Consent [t]o Join [f]orms." (Opposition, p. 2:21-28, 3:1-6.) This skeletal, untimely request to add four additional putative class members should be denied. *See, Gardner v. Country Club, Inc.*, No. 4:13-CV-03399-BHH, 2017 WL 461004, at *2 (D.S.C. Feb. 3, 2017) (denying request to file late FLSA consent to join forms because "Plaintiff has failed to offer any reason for her significant delay in filing the Consent Form"; *Scott v. Raudin McCormick, Inc.*, No. 08-4045-EFM, 2010 WL 3125955, at *3 (D. Kan. Aug. 6, 2010) (denying request to file late FLSA consent to join forms because the plaintiffs did not present sufficient facts to establish excusable neglect); *Flood v. Carlson Restaurants Inc.*, No. 14CIV2740ATGWG, 2016 WL 3221146, at *8 (S.D.N.Y. June 7, 2016) (denying the plaintiff's request to file the untimely consent forms because "Plaintiffs provide no evidence substantiating each Late Opt-In's excuse for his or her late filing, nor declarations from the Late Opt-Ins

specifying when they received notice and the particular circumstances that prevented them from responding in time.").

Given that the Court has not been presented with an explanation for the untimely disclosure, the late Consent forms should be denied.

### III. CONCLUSION

While there may well be reasons to accept untimely Consent to Join forms, those reasons have not been addressed or established here. Defendant therefore respectfully requests that the Court deny Plaintiff's request to file four untimely FLSA Consent to Join forms and strike the untimely forms.

Defendant does not oppose, however, Plaintiffs' request to mail notices to the newly identified potential class members.

Dated: September 29, 2017

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: /s/ Adam F. Sloustcher
Brandy T. Cody
James C. Fessenden
Adam F. Sloustcher
Attorneys for Defendant
The Brigantine, Inc.

3

DEF'S OPP, IN PART, & STATE OF NON--OPP, IN PART, TO PLTF'S' *EX PARTE* MTN
CASE NO 3:17-CV-352 GPC (AGS)

FPDOCS 33283381.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121.

On September 29, 2017 I served the foregoing document entitled **DEFENDANT THE BRIGANTINE, INC.'S OPPOSITION, IN PART, AND STATEMENT OF NON-OPPOSITION, IN PART, TO PLAINTIFFS'** *EX PARTE* **MOTION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Timothy G. Williams (SBN 193810) | Telephone: (619)595-1366 |
| Stephanie Reynolds (SBN 220090) | Facsimile: (619)236-9677 |
| POPE, BERGER, WILLIAMS & REYNOLDS, LLP | E-Mail: williams@popeberger.com; reynolds@popeberger.com |
| 401 "B" Street, Suite 2000 | Attorneys for Plaintiffs |
| San Diego, California 92101 | |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed September 29, 2017 at San Diego, California.

| Susan E. Valle | By: *Susan E. Valle* |
|---|---|
| Print Name | Signature |

---

1

CERTIFICATE OF SERVICE

FPDOCS 33283381.1